UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN A. CRABTREE,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>              Defendant. | CASE NO. 3:15-cv-05578 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES AND FOR COSTS |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7). This matter is before the Court on plaintiff's Stipulated Motion for EAJA Fees and Costs (*see* Dkt. 19).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 19), the attorney declaration and time and expense itemizations (Dkt. 19, Attachments 2, 3, 4, 5), and the relevant record, it is hereby ORDERED that EAJA attorney's

fees of $8,163.01 (which is for work performed by Jeffrey Baird in the amount of $7,002.30 plus work performed by Elie Halpern in the amount of $1,160.71) and expenses in the amount of $7.14 (for postage and long distance calls), shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).

It is further ORDERED that costs in the amount of $28.40 (for photocopies) shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920.

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees and expenses and for costs is entered to determine if the EAJA fees, expenses and costs are subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses and for costs shall be made payable to Elie Halpern, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Federal Court Retainer Agreement, Dkt. 19, Attachment 6). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be mailed to plaintiff's counsel, Elie Halpern, Esq., at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

Dated this 22nd day of March, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES AND FOR COSTS - 2